

# Fourth Court of Appeals
## San Antonio, Texas

November 21, 2016

No. 04-16-00718-CV

**IN RE** Thomas **THIBEAUX**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:        Sandee Bryan Marion, Chief Justice
                    Marialyn Barnard, Justice
                    Patricia O. Alvarez, Justice

On November 1, 2016, Relator filed a petition for writ of mandamus. This court is of the opinion that a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). **The respondent and the real party in interest may file a response to the petition in this court no later than December 6, 2016.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

It is so **ORDERED** on November 21, 2016.

PER CURIAM

ATTESTED TO: _____
                  Keith E. Hottle. Clerk

---

[1] This proceeding arises out of Cause No. 2014-CI-17823, styled *In the Interest of A.T., E.T. and B.T., Children*, pending in the 224th Judicial District Court, Bexar County, Texas, the Honorable Renée Yanta presiding.